# IN THE SUPREME COURT OF THE STATE OF NEVADA

MERCEDES JAMES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 69388

FILED

JAN 14 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or, in the alternative, a writ of prohibition challenges a district court order denying a pretrial petition for a writ of habeas corpus in which petitioner contended that a charge of sex trafficking of a child under 18 years of age is not supported by probable cause. Our review of a pretrial probable cause determination through an original writ petition is disfavored, *see Kussman v. District Court,* 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980), and petitioner has not demonstrated that her challenge to the probable cause determination fits the exceptions we have made for purely legal issues, *see Ostman v. Eighth Judicial Dist. Court,* 107 Nev. 563, 565, 816

P.2d 458, 459-60 (1991); *State v. Babayan*, 106 Nev. 155, 174, 787 P.2d 805, 819-20 (1990). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Eric Johnson, District Judge
Gregory D. Knapp
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk